**David O'REAR, a.k.a. David Chris O'Rear, Plaintiff—Counter Defendant—Appellant,**

v.

**GREENWICH INSURANCE COMPANY, Defendant—Counter Claimant—Appellee,**

**Re/Max Properties, Defendant— Appellee.**

No. 11–10295
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 27, 2011.

Steven L. Brannock, Sarah C. Pellenbarg, Brannock & Humphries, PA, Tampa, FL, James Ryan Chandler, III, Bender Bender, et al., Palmetto, FL, for Plaintiff-Counter Defendant-Appellant.

Thomas S. Schaufelberger, Saul Ewing, LLP, Washington, DC, Robert M. Dees, Milam Howard Nicandri Dees & Gillam, P.A., Jacksonville, FL, Paul Andrew Fitzsimmons, Saul Ewing, LLP, Washington, DC, for Defendant–Counter Claimant–Appellee.

Robert P. Watrous, Robert P. Watrous, Chartered Sarasota, FL, for Defendant–Appellee.

Before HULL, PRYOR and FAY, Circuit Judges.

PER CURIAM:

This appeal challenges the summary judgment entered in favor of the appellee, Greenwich Insurance Company. We affirm the ruling of the district court for the reasons set forth in its ORDER dated November 23, 2010, 2010 WL 4867527.

AFFIRMED.